CITY OF REYNOLDSBURG, APPELLEE, *v.* LICKING COUNTY BUDGET COMMISSION ET AL., APPELLANTS.

[Cite as *Reynoldsburg v. Licking Cty. Budget Comm.* (1999), 86 Ohio St.3d 559.]

(Nos. 98–2544 and 98–2545—Submitted August 25, 1999—Decided September 22, 1999.)

*Porter, Wright, Morris & Arthur, Ronald W. Gabriel, Cynthia Butler Carson* and *Aaron A. Dryer,* for appellee.

*Teaford, Rich, Crites & Wesp* and *James R. Gorry,* for appellants.

**Per Curiam.** We reverse these decisions on the authority of *Lancaster v. Fairfield Cty. Budget Comm.* (1999), 86 Ohio St.3d 137, 712 N.E.2d 719.

*Decisions reversed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.